## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

JOHN A. KEITH,                                   :

    Plaintiff,                              :

vs.                                              :      CA 16-0076-C

CAROLYN W. COLVIN,                               :
Acting Commissioner of Social Security,
                                                             :

    Defendant.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 20th day of January, 2017.

                                           s/WILLIAM E. CASSADY
                                          **UNITED STATES MAGISTRATE JUDGE**